UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

Mohamad Hamade  
Nemet Al-Jouni

Case No. 00-43870-TJT

Chapter 13

**ORDER DENYING APPLICATION FOR UNCLAIMED FUNDS**

An application for payment from unclaimed funds was filed on August 14, 2006, by Dilks & Knopik, LLC, on behalf of NCO Financial Systems, Inc.. On, June 14, 2006, an earlier application was filed for the same claim by American Property Locators, Inc.. An Order For Payment of Unclaimed Funds was entered on March 8, 2007, approving the Application For Payment of Unclaimed Funds filed by American Property Locators, Inc.. **Now Therefore:**

**IT IS ORDERED** that the application dated August 14, 2006, by Dilks & Knopik, LLC is hereby **DENIED**.

**Signed on March 26, 2007**

                                                              /s/ Thomas J. Tucker  
                                                                **Thomas J. Tucker**  
                                                                **United States Bankruptcy Judge**